**STATE v. GRADY**

[367 N.C. 821 (2015)]

| | | |
|---|---|---|
| STATE OF NORTH CAROLINA | ) | |
| | ) | |
| v. | ) | From New Hanover County |
| | ) | |
| TORREY DALE GRADY | ) | |

No. 179A14-2

ORDER

On remand by the United States Supreme Court, 575 U.S. ___, 135 S. Ct. 1368, 191 L. Ed. 2d 459 (2015) (per curiam), the following order was entered and is hereby certified to the North Carolina Court of Appeals:

Remanded to the Court of Appeals for reconsideration in light of *Grady v. North Carolina,* 575 U.S. ___, 135 S. Ct. 1368, 191 L. Ed. 2d 459 (2015) (per curiam).

By order of the Court in Conference, this 10th day of June, 2015.

s/Sam J. Ervin
For the Court